# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Ex Parte Application of BROADCOM CORPORATION, a Delaware corporation, and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, a business entity formed under the laws of Singapore,<br><br>Applicants,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Misc. Action No. 2:19-mc-00060 RSL<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

[PROPOSED] ORDER GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1    The *Ex Parte* Application of Broadcom Corporation and Avago Technologies
2  International Sales Pte. Limited (collectively "Applicants") for an Order Pursuant to 28 U.S.C. §
3  1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings ("Application"),
4  which seeks documents and testimony from Nintendo of America, Inc., Nintendo Technology
5  Development, Inc., and Nintendo Software Technology Corporation in connection with patent
6  litigation pending in Germany, came before this Court on or about May 28, 2019.

7    Having reviewed and considered all moving papers, exhibits, and any oral argument, and
8  good cause appearing,

9    **IT IS HEREBY ORDERED** that:

10   The Application is **GRANTED**;

11   Applicants are hereby granted leave to issue subpoenas for documents in substantially the
12  form attached as Exhibits 2A, 2B, and 2C to the Application;

13   Applicants are hereby granted leave to issue subpoenas for testimony in substantially the
14  form attached as Exhibits 3A, 3B, and 3C to the Application; and

15   Copies of this Application, its supporting documents, and this Order shall be mailed to
16  the following:

17    Nintendo of America, Inc., c/o C T Corporation System, 711 Capitol Way S Ste
18  204, Olympia, WA 98501, United States.

19    Nintendo Technology Development, Inc., c/o C T Corporation System, 711 Capitol
20  Way S Ste 204, Olympia, WA 98501, United States.

21    Nintendo Software Technology Corporation, c/o C T Corporation System, 711
22  Capitol Way S Ste 204, Olympia, WA 98501, United States.

[PROPOSED] ORDER GRANTING LEAVE TO
OBTAIN DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

Dated: _____, 2019

_____
U.S. DISTRICT COURT JUDGE

Presented by:

**CALFO EAKES & OSTROVSKY PLLC**

By   *s/Damon C. Elder*
   Damon C. Elder, WSBA #46754
   Nathan Bays, WSBA #43025
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Telephone:  (206) 407-2200
   Email:   damone@calfoeakes.com
            nathanb@calfoeakes.com

*Attorneys for Applicants*

[PROPOSED] ORDER GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224