UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Ex Parte Application of Broadcom Corporation and Avago Technologies International Sales Pte. Ltd. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding | No. MC19-0060RSL<br><br>ORDER DIRECTING SERVICE AND ESTABLISHING RESPONSE DEADLINE |

Having reviewed the application of Broadcom Corporation and Avago Technologies International Sales Pte. Ltd. for an *ex parte* order permitting the applicants to issue Rule 45 subpoenas to Nintendo of America, Inc., Nintendo Technology Development, Inc., and Nintendo Software Technology Corporation, it is hereby ORDERED THAT:

1.   The Court declines to rule on this matter *ex parte*. The applicants shall, within twenty-one (21) days of the date of this Order, serve a copy of this Order, together with the application and exhibits thereto, upon Nintendo of America, Inc., Nintendo Technology Development, Inc., and Nintendo Software Technology Corporation. Within seven (7) days thereafter, the applicants shall file proof of service or shall seek additional time to make such service. If the applicants fail to comply with this paragraph, this action shall be subject to dismissal forthwith.

ORDER DIRECTING SERVICE AND
ESTABLISHING RESPONSE DEADLINE - 1

1      2.    Nintendo of America, Inc., Nintendo Technology Development, Inc., and Nintendo Software Technology Corporation may file with the Court, not later than fourteen (14) days after service of this Order upon them, an opposition to the application.

    3.    If an opposition is filed, this matter will be given a civil action number and assigned to a United States District Judge for handling.

    4.    The failure to file a timely opposition will result in the grant of the application without any further proceedings.

Dated this 29th day of May, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING SERVICE AND
ESTABLISHING RESPONSE DEADLINE - 2