UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

Ex Parte Application of Broadcom
Corporation and Avago Technologies
International Sales Pte. Ltd. for an Order
Pursuant to 28 U.S.C. § 1782 Granting
Leave to Obtain Discovery for Use in
Foreign Proceeding

No. MC19-0060RSL

ORDER

This matter comes before the Court on applicants' petition for an order permitting the issuance of a Rule 45 subpoena for use in a foreign proceeding. The target of the discovery has opposed the petition. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 21st day of June, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge